EUGENE T. SINGER, Appellant, v. YOKOHAMA SPECIE BANK, LIMITED, Defendant, and ELLIOTT V. BELL, as Superintendent of Banks of the State of New

York, Respondent.— Order unanimously reversed, with $20 costs and disbursements to the appellant, and the motion granted. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.